IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 17-cv-02249-REB-KLM

WILLIAM MANUEL DURAN, and
DEBORAH DURAN,

      Plaintiffs,

vs.

CITY OF PUEBLO, COLORADO,
JACKI TORRES,
ANTOINETTE RAMOS, and
GLEN FILLMORE,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter is before me on the parties' **Stipulated Motion To Dismiss** [#17],[1] filed December 28, 2017. After reviewing the stipulation and the record, I conclude the motion should be granted and this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss** [#17], filed December 28, 2017, is granted; and

2. That this action is dismissed with prejudice, with the parties to pay their own attorney fees and costs.

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated December 29, 2017, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge